1514

## CASE ANNOUNCEMENTS

*February 8, 2008*

[Cite as *02/08/2008 Case Announcements*, 2008-Ohio-469.]

## MOTION AND PROCEDURAL RULINGS

2007–0758.   **Angel v. Reed.**
Geauga App. No. 2005–G–2669, 2007-Ohio-1069. This cause is pending before the court as an appeal from the Court of Appeals for Geauga County. Upon consideration of appellant's motion for continuance of oral argument, scheduled for March 25, 2008,

It is ordered by the court that the motion is denied.